473 A.2d 660

Commonwealth v. Wagner, Appellant.

Petition for Allowance of Appeal
Denied June 25, 1984.

Submitted January 3, 1984.   Patrick J. Flannery, for appellant; Joseph Giebus, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and DEL SOLE and HESTER, JJ.

Judgment of sentence affirmed.